# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY B. MOORE,<br><br>          Plaintiff,<br><br>     v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:10-CV-00806-LJO-DLB PC<br><br>ORDER DISREGARDING MOTION TO AMEND AS UNNECESSARY<br><br>(DOC. 9)<br><br>AMENDED COMPLAINT DUE WITHIN 45 DAYS |

Plaintiff Larry B. Moore ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his original complaint on May 10, 2010. Doc. 1. On January 27, 2011, Plaintiff filed a motion requesting leave to file an amended complaint within forty-five days. Doc. 9.

Plaintiff may amend his pleadings once as a matter of course. Fed. R. Civ. P. 15(a). Plaintiff has yet to amend his complaint. Thus, Plaintiff's motion to amend is HEREBY ORDERED disregarded.

Plaintiff requests forty-five days in which to file his amended complaint. As Plaintiff's request is reasonable, the Court HEREBY ORDERS that Plaintiff's amended complaint is due within forty-five (45) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   February 14, 2011             /s/ Dennis L. Beck
                                       UNITED STATES MAGISTRATE JUDGE

1